# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **RUSLAN YASKO** | **CIVIL 2:25-CV-01255** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **JAMIEN A. ARWIE, ET AL** | **MAGISTRATE JUDGE THOMAS P. LEBLANC** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 2], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that the instant matter be DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers on this 2nd day of October, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE